Argued July 27, affirmed July 27, 1973

MEYER, *Respondent, v.* MEYER, *Appellant.*

511 P2d 1263

*Allen L. Fallgren,* Portland, argued the cause and filed the brief for appellant.

*Robert VanNatta,* St. Helens, argued the cause for respondent. On the brief were VanNatta & Petersen, St. Helens.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.